UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 69-14429 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MOREHOUSE PARISH SCHOOL BOARD, ET AL | MAG. JUDGE KAREN L. HAYES |

**NOTICE OF FILING OF ANNUAL REPORT
OF MOREHOUSE PARISH SCHOOL BOARD**

COMES NOW the **Morehouse Parish School Board,** which files herewith the documents necessary to comply with the Order of this Court entered August 14, 2008, including the following information:

A.  The enrollment by grade and race for each school for the 2012-2013 school year;

B.  For each school, the name and race of each principal and assistant principal employed for the 2012-2013 school year, and

C.  For each school, the name and race of each teacher employed for the 2012-2013 school year.

Respectfully submitted,

*/s/   Stephen J Katz*
Stephen J Katz, Bar roll no. 7653
Attorney for Morehouse Parish School Board
Rankin, Yeldell, Katz & Lowery
(A Professional Law Corporation)
411 South Washington Street
Bastrop, Louisiana 71220
Telephone: 318-281-4913
Telecopier: 318-281-9819
Email: sztak@aol.com

I:\MYRA\KATZ\MPSB\GENERAL\Notice3.Filing.wpd

Certificate of Service

I certify a copy of the above and foregoing Notice Of Filing Of Annual Report Of Morehouse Parish School Board has been forwarded to:

Ms. Iris Goldschmidt
Trial Attorney
U.S. Department of Justice
Educational Opportunities Section PHB
601 D Street, N.W.
Suite 4300
Washington, DC 20004

and all other counsel listed on the court's docket sheet electronically this 17th day of October, 2012.

/s/   Stephen J Katz
Stephen J Katz