EDgear - Software that Empowers Education.

**ETHNIC/GENDER by Grade for LEA 034**
**Special Ed Using JSPED**

**Enclosure A**

**JPAM'S STUDENT INFORMATION SYSTEM**
**ETHNIC/GENDER BY GRADE**
**AS OF 10/01/2012**
**SCHOOL SESSION 1213**

**RUN TIME: Tuesday, October 16, 2012 at 10:21**

PAGE 1 of 1

*Signature: H. V. Adams*

| Grade | WHITE M | WHITE F | WHITE SUM | BLACK M | BLACK F | BLACK SUM | HISPANIC M | HISPANIC F | HISPANIC SUM | ASIAN M | ASIAN F | ASIAN SUM | USA INDIAN M | USA INDIAN F | USA INDIAN SUM | TOTALS M | TOTALS F | TOTALS ? | TOTALS SUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INF | | | | | | | | | | | | | | | | | | | |
| PreS | | | | | | | | | | | | | | | | | | | |
| K | 1 | 2 | 3 | 22 | 28 | 50 | | | | | | | | | | 23 | 30 | | 53 |
| 01 | | 1 | 1 | 18 | 17 | 35 | | | | | | | | | | 19 | 18 | | 37 |
| 02 | 1 | 1 | 2 | 22 | 19 | 41 | | | | | | | | | | 23 | 19 | | 42 |
| 03 | 1 | | 1 | 19 | 13 | 32 | | | | | | | | | | 19 | 13 | | 32 |
| 04 | | 1 | 1 | 18 | 27 | 45 | | | | | | | | | | 18 | 28 | | 47 |
| 05 | | 2 | 2 | 18 | 22 | 40 | | | | | | | | | | 18 | 22 | | 40 |
| 06 | | | | | | | | | | | | | | | | | | | |
| 07 | | | | | | | | | | | | | | | | | | | |
| 08 | | | | | | | | | | | | | | | | | | | |
| 09 | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | |
| 22+ | | | | | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | | |
| ? | | | | | | | | | | | | | | | | | | | |
| MFP | 4 | 4 | 8 | 120 | 127 | 247 | | | | | | | | | | 124 | 131 | | 255 |
| PreK | 1 | | 1 | 7 | 13 | 20 | | | | | | | | | | 8 | 13 | | 21 |
| ADJ | | | | | | | | | | | | | | | | | | | |
| ENROLL | 5 | 4 | 9 | 127 | 140 | 267 | | | | | | | | | | 132 | 144 | | 276 |
| NR | | | | | | | | | | | | | | | | | | | |
| TOTAL | 5 | 4 | 9 | 127 | 140 | 267 | | | | | | | | | | 132 | 144 | | 276 |

**ETHNIC/GENDER by Grade for LEA 034**
Special Ed Using JSPED

**JPAM'S STUDENT INFORMATION SYSTEM**
**ETHNIC/GENDER BY GRADE**
AS OF 10/01/2012
SCHOOL SESSION 1213

RUN TIME: Tuesday, October 16, 2012 at 10:22

*(handwritten: Bastrop High)*

PAGE 1 of 1

| Grade | WHITE | | | BLACK | | | HISPANIC | | | ASIAN | | | USA INDIAN | | | TOTALS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | F | SUM | M | F | SUM | M | F | SUM | M | F | SUM | M | F | SUM | M | F | ? | SUM |
| INF | | | | | | | | | | | | | | | | | | | |
| PreS | | | | | | | | | | | | | | | | | | | |
| K | | | | | | | | | | | | | | | | | | | |
| 01 | | | | | | | | | | | | | | | | | | | |
| 02 | | | | | | | | | | | | | | | | | | | |
| 03 | | | | | | | | | | | | | | | | | | | |
| 04 | | | | | | | | | | | | | | | | | | | |
| 05 | | | | | | | | | | | | | | | | | | | |
| 06 | | | | | | | | | | | | | | | | | | | |
| 07 | | | | | | | | | | | | | | | | | | | |
| 08 | 11 | 7 | 18 | 41 | 20 | 61 | | | | | | | | | | 52 | 27 | | 79 |
| 09 | 44 | 36 | 80 | 121 | 122 | 243 | 2 | 2 | 4 | 1 | | 1 | | 1 | 1 | 168 | 161 | | 329 |
| 10 | 33 | 51 | 84 | 79 | 91 | 170 | | 1 | 1 | 2 | | 2 | | | | 114 | 143 | | 257 |
| 11 | 34 | 23 | 57 | 87 | 82 | 169 | | 1 | 1 | | | | | | | 121 | 106 | | 227 |
| 12 | 34 | 26 | 60 | 72 | 66 | 138 | 2 | 1 | 3 | | 1 | 1 | | | | 108 | 94 | | 202 |
| 40 | | | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | | |
| ? | | | | | | | | | | | | | | | | | | | |
| PreK | | | | | | | | | | | | | | | | | | | |
| MFP | 156 | 143 | 299 | 400 | 381 | 781 | 4 | 5 | 9 | 3 | 1 | 4 | | 1 | 1 | 563 | 531 | | 1094 |
| ADJ | | | | | | | | | | | | | | | | | | | |
| 22+ | | | | | | | | | | | | | | | | | | | |
| ENROLL | 156 | 143 | 299 | 400 | 381 | 781 | 4 | 5 | 9 | 3 | 1 | 4 | | 1 | 1 | 563 | 531 | | 1094 |
| NR | | | | | | | | | | | | | | | | | | | |
| TOTAL | 156 | 143 | 299 | 400 | 381 | 781 | 4 | 5 | 9 | 3 | 1 | 4 | | 1 | 1 | 563 | 531 | | 1094 |

EDgear - Software that Empowers Education.

EDgear - Software that Empowers Education.

ETHNIC/GENDER by Grade for LEA 034
Special Ed Using JSPED

*Morehouse Jr. High* (handwritten)

JPAM'S STUDENT INFORMATION SYSTEM
ETHNIC/GENDER BY GRADE
AS OF 10/01/2012
SCHOOL SESSION 1213

PAGE 1 of 1

RUN TIME: Tuesday, October 16, 2012 at 10:22



| Grade | WHITE M | WHITE F | WHITE SUM | BLACK M | BLACK F | BLACK SUM | HISPANIC M | HISPANIC F | HISPANIC SUM | ASIAN M | ASIAN F | ASIAN SUM | USA INDIAN M | USA INDIAN F | USA INDIAN SUM | TOTALS M | TOTALS F | TOTALS ? | TOTALS SUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INF | | | | | | | | | | | | | | | | | | | |
| PreS | | | | | | | | | | | | | | | | | | | |
| K | | | | | | | | | | | | | | | | | | | |
| 01 | | | | | | | | | | | | | | | | | | | |
| 02 | | | | | | | | | | | | | | | | | | | |
| 03 | | | | | | | | | | | | | | | | | | | |
| 04 | | | | | | | | | | | | | | | | | | | |
| 05 | | | | | | | | | | | | | | | | | | | |
| 06 | 18 | 10 | 28 | 90 | 79 | 169 | | | | | | | | | | 108 | 89 | | 197 |
| 07 | 13 | 10 | 23 | 50 | 85 | 135 | 1 | | 1 | | | | | | | 64 | 95 | | 159 |
| 08 | 19 | 9 | 28 | 49 | 58 | 107 | 1 | | 1 | | | | | | | 69 | 67 | 1 | 137 |
| 09 | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | | | | |
| ? | | | | | | | | | | | | | | | | | | | |
| MFP | 50 | 29 | 79 | 189 | 222 | 411 | 2 | | 2 | | | | | | | 241 | 251 | 1 | 493 |
| PreK | | | | | | | | | | | | | | | | | | | |
| ADJ | | | | | | | | | | | | | | | | | | | |
| 22+ | | | | | | | | | | | | | | | | | | | |
| ENROLL | 50 | 29 | 79 | 189 | 222 | 411 | 2 | | 2 | | | | | | | 241 | 251 | | 493 |
| NR | | | | | | | | | | | | | | | | | | | |
| TOTAL | 50 | 29 | 79 | 189 | 222 | 411 | 2 | | 2 | | | | | | | 241 | 251 | 1 | 493 |

EDgear - Software that Empowers Educators.

ETHNIC/GENDER by Grade for LEA 034
Special Ed Using JSPED

JPAM'S STUDENT INFORMATION SYSTEM
ETHNIC/GENDER BY GRADE
AS OF 10/01/2012
SCHOOL SESSION 1213

RUN TIME: Tuesday, October 16, 2012 at 10:23

*(handwritten)* Beekman Jr. High

PAGE 1 of 1

| Grade | WHITE M | WHITE F | WHITE SUM | BLACK M | BLACK F | BLACK SUM | HISPANIC M | HISPANIC F | HISPANIC SUM | ASIAN M | ASIAN F | ASIAN SUM | USA INDIAN M | USA INDIAN F | USA INDIAN SUM | TOTALS M | TOTALS F | TOTALS ? | TOTALS SUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INF | | | | | | | | | | | | | | | | | | | |
| PreS | | | | | | | | | | | | | | | | | | | |
| K | 11 | 6 | 17 | 4 | 2 | 6 | | | | | | | | | | 15 | 8 | | 23 |
| 01 | 10 | 8 | 18 | | 2 | 2 | | | | | | | | | | 10 | 10 | | 20 |
| 02 | 6 | 8 | 14 | 2 | 4 | 6 | | | | | | | | | | 8 | 12 | | 20 |
| 03 | 12 | 10 | 22 | | 2 | 2 | | | | | | | | | | 12 | 12 | | 24 |
| 04 | 14 | 13 | 27 | 2 | 3 | 5 | | | | | | | | | | 16 | 16 | | 32 |
| 05 | 10 | 8 | 18 | 8 | 1 | 9 | | | | | | | | | | 18 | 9 | | 27 |
| 06 | 15 | 20 | 35 | 19 | 11 | 30 | 1 | 1 | 2 | | | | | | | 35 | 32 | | 67 |
| 07 | 17 | 21 | 38 | 24 | 22 | 46 | | | | | | | | | | 41 | 43 | | 84 |
| 08 | 22 | 19 | 41 | 11 | 11 | 22 | 1 | | 1 | | | | | | | 34 | 30 | | 64 |
| 09 | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | | | | |
| NFP | 117 | 113 | 230 | 70 | 58 | 128 | 2 | 1 | 3 | | | | | | | 189 | 172 | | 361 |
| PreK | 11 | 5 | 16 | | 3 | 3 | | | | | | | | | | 11 | 8 | | 19 |
| ADJ | | | | | | | | | | | | | | | | | | | |
| 22+ | | | | | | | | | | | | | | | | | | | |
| ENROLL | 128 | 118 | 246 | 70 | 61 | 131 | 2 | 1 | 3 | | | | | | | 200 | 180 | | 380 |
| NR | | | | | | | | | | | | | | | | | | | |
| TOTAL | 128 | 118 | 246 | 70 | 61 | 131 | 2 | 1 | 3 | | | | | | | 200 | 180 | | 380 |

ETHNIC/GENDER by Grade for LEA 034
Special Ed Using JSPED

Cherry Ridge *(handwritten signature)*

**JPAM'S STUDENT INFORMATION SYSTEM**
**ETHNIC/GENDER BY GRADE**
AS OF 10/01/2012
SCHOOL SESSION 1213

RUN TIME: Tuesday, October 16, 2012 at 10:23

PAGE 1 of 1

| Grade | WHITE | | | BLACK | | | HISPANIC | | | ASIAN | | | USA INDIAN | | | TOTALS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | F | SUM | M | F | SUM | M | F | SUM | M | F | SUM | M | F | SUM | M | F | ? | SUM |
| INF | | | | | | | | | | | | | | | | | | | |
| PreS | 7 | | 7 | | | | 1 | | 1 | | | | | | | 8 | | | 8 |
| K | 19 | 11 | 30 | 12 | 14 | 26 | | | | | | | | | | 31 | 25 | | 56 |
| 01 | 11 | 6 | 17 | 15 | 7 | 22 | | | | | | | | | | 26 | 13 | | 39 |
| 02 | 12 | 7 | 19 | 12 | 9 | 21 | | | | 1 | | 1 | | | | 25 | 16 | | 41 |
| 03 | 18 | 10 | 28 | 15 | 18 | 33 | | | | | | | | | | 33 | 28 | | 61 |
| 04 | 10 | 11 | 21 | 21 | 13 | 34 | | | | | | | | | | 31 | 24 | | 55 |
| 05 | 8 | 8 | 16 | 15 | 13 | 28 | | | | | | | | | | 23 | 21 | | 44 |
| 06 | | | | | | | | | | | | | | | | | | | |
| 07 | | | | | | | | | | | | | | | | | | | |
| 08 | | | | | | | | | | | | | | | | | | | |
| 09 | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | | |
| ? | | | | | | | | | | | | | | | | | | | |
| MFP | 85 | 53 | 138 | 90 | 74 | 164 | 1 | | 1 | 1 | | 1 | | | | 177 | 127 | | 304 |
| PreK | 6 | 11 | 17 | 1 | 5 | 6 | | | | | | | | | | 7 | 16 | | 23 |
| ADJ | (2) | | (2) | | | | | | | | | | | | | (2) | | | (2) |
| 22+ | | | | | | | | | | | | | | | | | | | |
| ENROLL | 89 | 64 | 153 | 91 | 79 | 170 | 1 | | 1 | 1 | | 1 | | | | 182 | 143 | | 325 |
| NR | | | | | | | | | | | | | | | | | | | |
| TOTAL | 89 | 64 | 153 | 91 | 79 | 170 | 1 | | 1 | 1 | | 1 | | | | 182 | 143 | | 325 |

EDgear - Software that Empowers Educators.

ETHNIC/GENDER by Grade for LEA 034
Special Ed Using JSPED

**JPAM'S STUDENT INFORMATION SYSTEM**
**ETHNIC/GENDER BY GRADE**
AS OF 10/01/2012
SCHOOL SESSION 1213

RUN TIME: Tuesday, October 16, 2012 at 10:23

*Delta* (handwritten)

PAGE 1 of 1



| Grade | WHITE M | WHITE F | WHITE SUM | BLACK M | BLACK F | BLACK SUM | HISPANIC M | HISPANIC F | HISPANIC SUM | ASIAN M | ASIAN F | ASIAN SUM | USA INDIAN M | USA INDIAN F | USA INDIAN SUM | TOTALS M | TOTALS F | TOTALS ? | TOTALS SUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INF | | | | | | | | | | | | | | | | | | | |
| PreS | | | | | | | | | | | | | | | | | | | |
| K | 1 | 3 | 4 | 8 | 10 | 18 | | 1 | 1 | | | | | | | 9 | 13 | | 22 |
| 01 | 1 | 3 | 4 | 12 | 9 | 21 | 1 | 1 | | | | | | | | 13 | 12 | | 25 |
| 02 | 4 | 1 | 5 | 14 | 10 | 24 | | | | | | | | | | 18 | 11 | | 29 |
| 03 | 3 | 4 | 7 | 14 | 10 | 24 | 1 | 1 | | | | | | | | 18 | 15 | | 33 |
| 04 | 5 | 4 | 9 | 13 | 15 | 28 | | | | | | | | | | 18 | 19 | | 37 |
| 05 | 4 | 1 | 6 | 16 | 10 | 26 | 1 | 1 | | | | | | | | 21 | 12 | | 33 |
| 06 | | 3 | 3 | 23 | 6 | 29 | | | | | | | | | | 23 | 9 | | 32 |
| 07 | 4 | 3 | 7 | 15 | 16 | 31 | 3 | 2 | 5 | | | | | | | 22 | 21 | | 43 |
| 08 | 1 | 2 | 3 | 8 | 9 | 17 | | | | | | | | | | 9 | 11 | | 20 |
| 09 | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | |
| MFP | 23 | 24 | 47 | 123 | 95 | 218 | 5 | 4 | 9 | | | | | | | 151 | 123 | | 274 |
| PreK | | | | | | | | | | | | | | | | | | | |
| ADJ | | | | | | | | | | | | | | | | | | | |
| 22+ | | | | | | | | | | | | | | | | | | | |
| ENROLL | 23 | 24 | 47 | 123 | 95 | 218 | 5 | 4 | 9 | | | | | | | 151 | 123 | | 274 |
| NR | | | | | | | | | | | | | | | | | | | |
| TOTAL | 23 | 24 | 47 | 123 | 95 | 218 | 5 | 4 | 9 | | | | | | | 151 | 123 | | 274 |

EDgear - Software that Empowers Education.

**ETHNIC/GENDER by Grade for LEA 034**
Special Ed Using JSPED

*(handwritten: Oak Hill)*

**JPAM'S STUDENT INFORMATION SYSTEM**
**ETHNIC/GENDER BY GRADE**
**AS OF 10/01/2012**
**SCHOOL SESSION 1213**

PAGE 1 of 1

RUN TIME: Tuesday, October 16, 2012 at 10:24

| Grade | WHITE M | WHITE F | WHITE SUM | BLACK M | BLACK F | BLACK SUM | HISPANIC M | HISPANIC F | HISPANIC SUM | ASIAN M | ASIAN F | ASIAN SUM | USA INDIAN M | USA INDIAN F | USA INDIAN SUM | TOTALS M | TOTALS F | TOTALS ? | TOTALS SUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INF | | | | | | | | | | | | | | | | | | | |
| PreS | | | | | | | | | | | | | | | | | | | |
| K | 6 | 5 | 11 | 27 | 18 | 45 | | 1 | | | | | | | | 33 | 24 | | 57 |
| 01 | 6 | 6 | 11 | 17 | 17 | 34 | | 1 | 1 | | | | | | | 22 | 24 | | 46 |
| 02 | 8 | 6 | 14 | 21 | 30 | 51 | | | | | | | | | | 29 | 36 | | 65 |
| 03 | 8 | 8 | 14 | 29 | 26 | 55 | 1 | | 1 | | | | | | | 32 | 34 | | 66 |
| 04 | 2 | 8 | 10 | 27 | 24 | 51 | | | | | | | | | | 32 | 27 | | 65 |
| 05 | 11 | 3 | 14 | 28 | 16 | 44 | | | | | | | | | | 38 | 34 | | 66 |
| 06 | 9 | 4 | 13 | | | | | | | | | | | | | 37 | 20 | | 57 |
| 07 | | | | | | | | | | | | | | | | | | | |
| 08 | | | | | | | | | | | | | | | | | | | |
| 09 | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | | |
| ? | | | | | | | | | | | | | | | | | | | |
| PreK | | | 12 | 15 | 13 | 28 | | | | | | | | | | 21 | 19 (1) | | 40 (1) |
| MFP | 41 | 32 | 73 | 149 | 132 | 281 | 1 | 2 | 3 | | | | | | | 191 | 166 | | 357 |
| ADJ | | | | | | | | | | | | | | | | | | | |
| 22+ | | | | | | | | | | | | | | | | | | | |
| NR | | | | | | | | | | | | | | | | | | | |
| ENROLL | 47 | 38 | 85 | 164 | 144 | 308 | 1 | 2 | 3 | | | | | | | 212 | 184 | | 396 |
| TOTAL | 47 | 38 | 85 | 164 | 144 | 308 | 1 | 2 | 3 | | | | | | | 212 | 184 | | 396 |

EDgear - Software that Empowers Educators.

**ETHNIC/GENDER by Grade for LEA 034**
**Special Ed Using JSPED**

*Pine Grove* (handwritten)

**JPAM'S STUDENT INFORMATION SYSTEM**
**ETHNIC/GENDER BY GRADE**
**AS OF 10/01/2012**
**SCHOOL SESSION 1213**

RUN TIME: Tuesday, October 16, 2012 at 10:30

PAGE 1 of 1

| Grade | WHITE | | | BLACK | | | HISPANIC | | | ASIAN | | | USA INDIAN | | | TOTALS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | F | SUM | M | F | SUM | M | F | SUM | M | F | SUM | M | F | SUM | M | F | ? | SUM |
| INF | | | | | | | | | | | | | | | | | | | |
| PreS | | 3 | 3 | | 1 | 1 | | | | | | | | | | | 4 | | 4 |
| K | 17 | 19 | 36 | 15 | 3 | 18 | 1 | 1 | 2 | | | | | | | 33 | 23 | | 56 |
| 01 | 8 | 20 | 28 | 16 | 7 | 23 | 1 | | 1 | 1 | | 1 | | | | 26 | 27 | | 53 |
| 02 | 13 | 12 | 25 | 16 | 11 | 27 | 1 | | 1 | | | | | | | 30 | 23 | | 53 |
| 03 | 15 | 18 | 33 | 16 | 12 | 28 | | 1 | 1 | | | | | | 1 | 31 | 31 | 1 | 63 |
| 04 | 22 | 17 | 39 | 12 | 14 | 26 | | 2 | 2 | | | | | | | 34 | 33 | | 67 |
| 05 | 15 | 12 | 27 | 11 | 12 | 23 | | | | | | | | | | 26 | 24 | | 50 |
| 06 | | | | | | | | | | | | | | | | | | | |
| 07 | | | | | | | | | | | | | | | | | | | |
| 08 | | | | | | | | | | | | | | | | | | | |
| 09 | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | | |
| ? | | | | | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | | | | |
| MFP | 90 | 101 | 191 | 86 | 60 | 146 | 3 | 4 | 7 | 1 | | 1 | | | 1 | 180 | 165 | 1 | 346 |
| ADJ | | (2) | (2) | | | | | | | | | | | | | | (2) | | (2) |
| 22+ | | | | | | | | | | | | | | | | | | | |
| PreK | 10 | 20 | 30 | 4 | 3 | 7 | | 1 | 1 | | | | | | | 14 | 24 | | 38 |
| NR | | | | | | | | | | | | | | | | | | | |
| ENROLL | 100 | 119 | 219 | 90 | 63 | 153 | 3 | 5 | 8 | 1 | | 1 | | | 1 | 194 | 187 | 1 | 382 |
| TOTAL | 100 | 119 | 219 | 90 | 63 | 153 | 3 | 5 | 8 | 1 | | 1 | | | 1 | 194 | 187 | 1 | 382 |

ETHNIC/GENDER by Grade for LEA 034
Special Ed Using JSPED

*Southside*

**JPAM'S STUDENT INFORMATION SYSTEM**
**ETHNIC/GENDER BY GRADE**
AS OF 10/01/2012
SCHOOL SESSION 1213

PAGE 1 of 1

RUN TIME: Tuesday, October 16, 2012 at 10:31

| Grade | WHITE | | | BLACK | | | HISPANIC | | | ASIAN | | | USA INDIAN | | | TOTALS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | F | SUM | M | F | SUM | M | F | SUM | M | F | SUM | M | F | SUM | M | F | ? | SUM |
| INF | | | | | | | | | | | | | | | | | | | |
| PreS | | | | | | | | | | | | | | | | | | | |
| K | 2 | | 2 | 4 | 1 | 5 | | | | | | | | | | 6 | 1 | | 7 |
| 01 | 3 | 5 | 8 | 35 | 34 | 69 | | | | | | | | | | 38 | 39 | | 77 |
| 02 | 1 | 6 | 7 | 28 | 23 | 51 | 1 | | 1 | | | | | | | 30 | 29 | | 59 |
| 03 | 6 | 5 | 11 | 27 | 25 | 52 | | | | | | | | | | 33 | 30 | | 63 |
| 04 | 5 | 3 | 8 | 25 | 25 | 50 | | | | | | | | | | 30 | 28 | | 58 |
| 05 | 4 | 4 | 8 | 27 | 31 | 58 | 1 | | 1 | | | | | | | 32 | 35 | | 67 |
| 06 | 3 | 1 | 4 | 25 | 29 | 54 | 1 | | 1 | | | | | | | 29 | 30 | | 59 |
| 07 | | | | | | | | | | | | | | | | | | | |
| 08 | | | | | | | | | | | | | | | | | | | |
| 09 | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | | | | |
| NFP | 24 | 24 | 48 | 171 | 168 | 339 | 3 | | 3 | | | | | | | 198 | 192 | | 390 |
| PreK | 1 | | 1 | 10 | 13 | 23 | | 1 | 1 | | | | | | | 11 | 14 | | 25 |
| ADJ | | | | (2) | | (2) | | | | | | | | | | (2) | | | (2) |
| 22+ | | | | | | | | | | | | | | | | | | | |
| ENROLL | 25 | 24 | 49 | 179 | 181 | 360 | 3 | 1 | 4 | | | | | | | 207 | 206 | | 413 |
| NR | | | | | | | | | | | | | | | | | | | |
| TOTAL | 25 | 24 | 49 | 179 | 181 | 360 | 3 | 1 | 4 | | | | | | | 207 | 206 | | 413 |

EDgear - Software that Empowers Education.

ETHNIC/GENDER by Grade for LEA 034
Special Ed Using JSPED

**JPAM'S STUDENT INFORMATION SYSTEM**
**ETHNIC/GENDER BY GRADE**
**AS OF 10/01/2012**
**SCHOOL SESSION 1213**

RUN TIME: Tuesday, October 16, 2012 at 10:34

PAGE 1 of 1

*Magnet* (handwritten)

| Grade | WHITE M | WHITE F | WHITE SUM | BLACK M | BLACK F | BLACK SUM | HISPANIC M | HISPANIC F | HISPANIC SUM | ASIAN M | ASIAN F | ASIAN SUM | USA INDIAN M | USA INDIAN F | USA INDIAN SUM | TOTALS M | TOTALS F | TOTALS ? | TOTALS SUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INF | | | | | | | | | | | | | | | | | | | |
| PreS | | | | | | | | | | | | | | | | | | | |
| K | 9 | 18 | 27 | 8 | 6 | 14 | | | | | | | | | | 17 | 24 | 1 | 42 |
| 01 | 7 | 18 | 25 | 9 | 10 | 19 | | | | | | | | | | 16 | 28 | | 44 |
| 02 | 8 | 9 | 17 | 4 | 8 | 12 | | | | | | | | | | 12 | 17 | | 29 |
| 03 | 12 | 9 | 21 | 8 | 11 | 19 | | | | | | | | | | 20 | 20 | 1 | 41 |
| 04 | 10 | 11 | 21 | 6 | 4 | 10 | 1 | | 1 | | | | | | | 17 | 15 | | 32 |
| 05 | 7 | 12 | 19 | 3 | 3 | 6 | | | | | 1 | 1 | | | | 10 | 16 | | 26 |
| 06 | 8 | 7 | 15 | 4 | 9 | 13 | | | | | | | | | | 12 | 16 | | 28 |
| 07 | 6 | 14 | 20 | 3 | 11 | 14 | 1 | | 1 | | | | | | | 10 | 25 | 1 | 36 |
| 08 | 9 | 6 | 15 | 4 | 3 | 7 | | | | | 1 | 1 | | | | 13 | 10 | | 23 |
| 09 | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | | | | |
| ? | | | | | | | | | | | | | | | | | | | |
| MFP | 76 | 104 | 180 | 49 | 65 | 114 | 2 | | 2 | | 2 | 2 | | | | 127 | 171 | | 301 |
| ADJ | | | | | | | | | | | | | | | | | | | |
| 22+ | | | | | | | | | | | | | | | | | | | |
| PreK | | | | | | | | | | | | | | | | | | | |
| ENROLL | 76 | 104 | 180 | 49 | 65 | 114 | 2 | | 2 | | 2 | 2 | | | | 127 | 171 | 3 | 301 |
| NR | | | | | | | | | | | | | | | | | | | |
| TOTAL | 76 | 104 | 180 | 49 | 65 | 114 | 2 | | 2 | | 2 | 2 | | | | 127 | 171 | 3 | 301 |



ETHNIC/GENDER by Grade for LEA 034
Special Ed Using JSPED

*(handwritten: Alternative)*

**JPAM'S STUDENT INFORMATION SYSTEM**
**ETHNIC/GENDER BY GRADE**
AS OF 10/01/2012
SCHOOL SESSION 1213

PAGE 1 of 1

RUN TIME: Tuesday, October 16, 2012 at 10:25

| Grade | WHITE | | | BLACK | | | HISPANIC | | | ASIAN | | | USA INDIAN | | | TOTALS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | F | SUM | M | F | SUM | M | F | SUM | M | F | SUM | M | F | SUM | M | F | SUM |
| INF | | | | | | | | | | | | | | | | | | |
| PreS | | | | | | | | | | | | | | | | | | |
| K | | | | | | | | | | | | | | | | | | |
| 01 | | | | | | | | | | | | | | | | | | |
| 02 | | | | | | | | | | | | | | | | | | |
| 03 | | | | | | | | | | | | | | | | | | |
| 04 | | | | | | | | | | | | | | | | | | |
| 05 | | | | | | | | | | | | | | | | | | |
| 06 | 1 | 3 | 4 | 9 | 3 | 12 | | | | | | | | | | 10 | 6 | 16 |
| 07 | 4 | 1 | 5 | 6 | 4 | 10 | | | | | | | | | | 10 | 5 | 15 |
| 08 | 3 | 4 | 7 | 3 | 3 | 6 | | | | | | | | | | 6 | 7 | 13 |
| 09 | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | | | |
| ? | | | | | | | | | | | | | | | | | | |
| MFP | 8 | 8 | 16 | 18 | 10 | 28 | | | | | | | | | | 26 | 18 | 44 |
| PrK | | | | | | | | | | | | | | | | | | |
| ADJ | | | | | | | | | | | | | | | | | | |
| 22* | | | | | | | | | | | | | | | | | | |
| ENROLL | 8 | 8 | 16 | 18 | 10 | 28 | | | | | | | | | | 26 | 18 | 44 |
| NR | | | | | | | | | | | | | | | | | | |
| TOTAL | 8 | 8 | 16 | 18 | 10 | 28 | | | | | | | | | | 26 | 18 | 44 |

EDgear - Software that Empowers Education.

Enclosure B
## Principal/Assistant Principal by Race

| | | |
|---|---|---|
| **Bastrop High School** | | |
| Stacey Pullen | Principal | White |
| John Caldwell | Assistant Principal | Black |
| Lori Wallace | Assistant Principal | White |
| John Washington | Assistant Principal | Black |
| **Morehouse Jr. High School** | | |
| Rene Fonte' | Principal | Hispanic |
| Shelia Minor | Assistant Principal | Black |
| Dolly Martin | Assistant Principal | White |
| **Bastrop Learning Academy** | | |
| Howard Loche | Principal | Black |
| **Beekman Jr. High** | | |
| Roy McCoy | Principal | White |
| Jacqueline Wilmore | Assistant Principal | White |
| **Delta Jr. High School** | | |
| Cynthia Clark | Principal | Black |
| David Patrick | Assistant Principal | White |
| **Cherry Ridge Elementary** | | |
| Kathy Adcock | Principal | White |
| **H. V. Adams Elementary** | | |
| Marilyn Johnson-Taylor | Principal | Black |
| **Morehouse Magnet School** | | |
| Gwen Seay | Principal | Black |
| **Oak Hill Elementary** | | |
| Georgia White | Principal | White |
| **Pine Grove Elementary** | | |
| Heath Murry | Principal | White |
| **South Side Elementary** | | |
| Patricia Thompson | Principal | Black |
| Carla Martin | Assistant Principal | White |

## Bastrop High

| | |
|---|---|
| ACREE, MITCHELL | W |
| ALLEN, ASHLEY | W |
| ALLEN, BRIANNE | W |
| ALLRED, JESSICA | W |
| ALLRED, BRANDON | W |
| ANDERSON, CORITA | B |
| ANDREWS, TRENA | W |
| ASWELL, KATHERINE | W |
| BACHMAN, THOMAS | W |
| BOLTON, JOHN | W |
| BONSALL, VICKI | W |
| BROOKS, EMMA | B |
| BROWN, DAMIEN | B |
| BROWN, NATHAN | W |
| BRUCE, ALLEN | B |
| BUSBY, STEVEN | W |
| CHANIN, RACHEL | W |
| COLLINS JR, JOSEPH | W |
| COLLINS, COURTNEY | W |
| COOPER, CARMEN | W |
| COPELAND, KELLY | W |
| CROWDER, MAURICE | B |
| DAVIS, JANET | B |
| DEVALL, TERRY | B |
| DIXON, JACOB | W |
| ELLINGBURG, JENNIFER | W |
| ELLINGBURG, SARAH | W |
| FOX, BETTY | W |
| FREEMAN, SEDARRIN | B |
| FRENCH, BILLIE | W |
| FULMER, SHERRIE | W |
| GIBSON, WENDALL | W |
| GOINS, JULIA | B |
| GORDON, MICHELLE | B |
| GREEN JR, LARRY | B |
| HALL, JAMES | W |
| HARRISON, FREDRICK | B |
| HELAMS, CHARLES | W |
| HILL, TAMMY | B |
| INGRAM, KATHRYN | W |
| JACKSON, JASON | W |
| JESELINK, STEPHEN | W |
| JORDAN, MONICA | W |
| KIDD, SHANDYLA | B |
| KIMBLE, JENNIFER | W |
| KYLE, CHRISTOPHER | W |
| LUCAS JR, RALEIGH | B |

| | |
|---|---|
| LUZADER, JIMMY | W |
| MANRIQUE, PATRICIA | A |
| MATTICE, DEBORA | W |
| MAY, TINA | B |
| MCCLAIN, JANET | B |
| MCCONNELL, ANDREA | W |
| MCDANIEL, JAMIE | W |
| MCKEE, KAREN | B |
| MCMILLAN, DANNY | W |
| MORACE, LEE | W |
| MORRISON, PAULA | W |
| NASON, WILLIAM | W |
| NAVARRO, JOHN | W |
| ODOM JR., THEABURY | B |
| PATRICOLA, CHARITY | W |
| QUINN, MITZI | w |
| RYDER, TAMMY | W |
| SCOTT, SHIRLEY | B |
| SEAY SR, DARYL | B |
| SHAKUR, WALEE | B |
| SISTRUNK, MICHAEL | W |
| SISTRUNK, SANDRA | W |
| SMITH, SAMANTHA | W |
| STANLEY, DANIEL | W |
| TAYLOR-WHALEY, PATRICIA | B |
| THOMPSON, JESSIE L | W |
| TONCREY III, HILRIE | W |
| WALKER, BEVERLY | B |
| WEED JR, JEFFERY | W |
| WELCH, MARTHA | W |
| WHITE, MARY JANE | W |
| WHITLOCK JR, ROGER | W |
| WINSTON, LESLIE | B |
| YABUT, MARIA THERESA | A |

## Beekman

| | |
|---|---|
| CHAIN, JOAN PORTER | W |
| CHURCHWELL, TERRI JO | W |
| EDWARDS, DONNA D | W |
| FITCH, WELDON N. | W |
| FITZGERALD, CYNTHIA LO | W |
| FLYNN, SHARETTE | B |
| FREELAND, LINDSEY RENE | W |
| HALL, HOLLEY STAPLETON | W |
| HAMMONDS, ANGELA R. | W |
| HILL, CATHY LYNNE | B |
| IRBY, TRUDI | W |
| JACKSON, LINDA FRANCIN | B |
| JACKSON, MARILYN D. | B |
| JOHNSON, RHONDA L | B |
| JONES, JANICE HUGHES | W |
| JORDAN, CARMEN | W |
| LOYLESS, FRANCES D | W |
| MANGRUM, JENNIFER BLAC | W |
| MILLER, STEPHANIE SALS | W |
| PAYTON, LINDA SIMS | B |
| PEELER, DARNITA | B |
| PERKINS, OPHELIA ALFOR | B |
| RATCLIFF JR, ERNEST JE | W |
| RILES, DONYA S | W |
| TARVER, JENNIFER LYNN | W |
| VOLLMAR, KATHERYN L. | W |
| WATTERS, DAVID MAX | W |
| WOLFE, TINA M | W |
| YOUNG, JOANN T | B |

## Cherry Ridge

| | |
|---|---|
| ALDEN-ARTHUR, DANA SUS | W |
| ALFORD, CRISTY BROWN | W |
| BROWN, SHELLEY SEBREN | W |
| DOLES, DENISE S. | W |
| HECKFORD, LETHA L | W |
| KENDALL, CARISA RENEE | B |
| KIPKER, THERESA MARIE | W |
| MALONE, LAURA A | W |
| MASSEY, ANNIE BELL | B |
| MATHES, CRYSTAL PYE | W |
| MCCONNELL, MOLLY MAXWE | W |
| MCDANIEL, CHERYL S | W |
| MCLEOD, APRIL F | W |
| MONDRAGON, MIGUEL A | H |
| MORRISON, CARA MARIE | W |
| MORRISON, MELVINA | B |
| NASON, AMY LEE | W |
| POWELL, KRISTI G | W |
| PRINCE, EMILY NOEL | W |
| QUIRK, CHRISTY | W |
| RAINWATER, KRISTY LYNN | W |
| SCATES, VANESSA F | B |
| THOMAS, LISA VERNELL | B |
| WEST, ANN FOWLER | W |
| WESTFALL, KELLEY KAYLE | W |

## Delta Jr. High

| | |
|---|---|
| BARBER, MONICA | B |
| BENTON, PAMELA | B |
| BORDEN, MELBA H | W |
| BRANDON, WYKIESHA C | B |
| BROWN, PENNIE M | B |
| BRUMLEY, DONNA | W |
| CHRISTIAN, RAE DUNN | B |
| DANGERFIELD, TERESA | B |
| DEANES, PRISCILLA | B |
| GARRETT, PATRICIA H | W |
| KELLY, ERICKA MICHELLE | B |
| KITCHENS, BRADLEY MICH | W |
| MCCOY, WENDY GIBBS | W |
| MILLER, JANICE TAPPIN | B |
| MONAHAN, HEATHER IRENE | W |
| MURRY, KARMEN | W |
| OLIVE, LAKESHA SHUNTEL | B |
| OWENS, MELISSA N | W |
| PHILLEY, MARY ELIZABET | W |
| PRICE, LORENZO M | B |
| RAWLS, HEATHER ELIZABE | W |
| ROGERS, DANNY RAY | W |
| RUSS, RHONDA L | W |
| TAYLOR, VICTORIA MARIE | W |
| TELANO, CAROL PICKETT | W |
| THOMPSON, HENRY | B |
| TUCKER, VERA | B |
| WINSTON, AMELIA FAY | B |

## H.V. Adams

| | |
|---|---|
| ANDREPONT, TARA M | W |
| BAKER, MEREDITH V. | W |
| BULLOCH, CANDY WATT | W |
| CARTER, SHANNON L | B |
| CASH, KELLY FRANKLIN | W |
| CHEVEALLIER, AMY NICHE | W |
| COX, KATELIN ELISE | W |
| DAVIS, KOREA | B |
| HALL, REBECCA | W |
| HOLLIS, CIJI | W |
| JOHNSON, KITTY R | W |
| LEE, VIRGINIA LYNN | W |
| NIMMER, ARTHURNESE Z | B |
| NORDMAN, MELISSA KATE | W |
| POORE, HALEY P | W |
| REA, MISTY MICHELL | W |
| SMITH, ROGERICK R | B |
| STEVENSON, COURTNEY C | W |
| TUCKER, JODI DAVIDSON | W |
| WALLACE, RITA RENEE | B |
| WATSON, ORA LAINE | B |
| WHITE, MELANIE J | W |
| WILLIAMS, ASHLEY WAGGO | W |
| WILLIAMS, CHRISSY C | B |
| WYATT, SHARIVIA SMITH | B |

## Mhse Jr. High

| | |
|---|---|
| AMBREW, ANDREA LATRESE | B |
| ARMSTRONG, WHITNEY CHA | B |
| BAILEY, MALEENA ANTOIN | W |
| BARNETT, JENNIFER S | W |
| BIRDEN, CHARITA LARETT | B |
| BOLDEN, LESLIE D. | W |
| CAMPBELL, LAKEVA CATIN | B |
| CARPENTER, BENJAMIN CH | W |
| CARR, SHERRISE GOLDSBY | B |
| CHAMBLESS, RUSTY D | W |
| DAVIS, NELWYN | W |
| DORSEY, GENEVA SANDERS | B |
| FOSTER, REBECCA ANN | W |
| GIRTMON, JOHNNYE | B |
| GOMBOSSY, BARBARA DIAN | B |
| GREGORY, EMILY LEE | W |
| GRIFFIN JR, JOHN DENZY | B |
| HEAD, BRITNI MICHELLE | W |
| HOBBS, MELANIE L | W |
| HOBBS, VASHON PARKER | B |
| JEAN-BAPTISTE, MILENA | A |
| KELLY, JENNIFER SUE LE | W |
| MADDEN, ANGELA GAY | W |
| MASLING, CHRISTOPHER R | W |
| MOCK, DEBORAH SHACKELF | W |
| MYRICK, EMILY BARTHOL | W |
| PARKER, LOU ANN | W |
| SENTER, LADONNA LANELL | B |
| SIMPSON, PINKIE | B |
| SMITH, PATSY ANN | W |
| SMITH, WILLIAM E | W |
| SOIGNIER, RITA F | W |
| STEVENSON, COMALETHA | B |
| THAXTON, EARL | B |
| THOMAS, KEVIN ALLEN | B |
| THURBER, RACHEL REEDER | W |
| TWYMON, ALFRED W. | B |
| WARD, MICHAEL HUBERT | W |
| WILHITE, KIMBERLEY ANN | B |

## Morehouse Magnet

| | |
|---|---|
| BENTON, DEBORAH | B |
| BLONDIN, SONYA | W |
| BONNER, WALTER R. | W |
| BRAQUET, STEPHANIE LYN | W |
| BRODNAX, LAWANA JANE | W |
| CLAUSING, S. DIANNE | W |
| COLVIN, DANA EUGENE | W |
| DESHAZO, TABATHA ANN | W |
| DICKSON, SHIELA FLOYD | W |
| FLOYD, STACI S | W |
| GREEN, SARAH ALLEN | W |
| HARDEN, ARNITA FAY | B |
| HARRELL, DONNA | W |
| HIGHTOWER, JANISHI | W |
| HUGHES, PAMELA JOYCE | B |
| JONES, KACEY MARIE | W |
| LARCHE, MICHELLE LEE | W |
| LAWSON, JANE B. | W |
| MCCRARY, KATHERINE A. | W |
| MIDDLEBROOKS, KATHRYN | W |
| MILLER, MARION | B |
| NEWELL, KRISTI DENISE | W |
| RICHARD, JETT | W |
| SEAY, MADELINE ANN | W |
| STEPHENS, TERRI LYNN | W |
| WILLIAMS, ALICE W | B |
| WILLIS, KAREN LAVONIA | W |

## Morehouse Alternative

| | |
|---|---|
| FREELAND, REBECCA KING | W |
| FULMER, EMILY JONES | W |
| REESE, DEBORAH B | B |

## Oak Hill

| | |
|---|---|
| ADAMS GRAVES, ASHLEY A | W |
| AINSWORTH, DONNA RENEA | W |
| BERRYMAN, BETTYE | W |
| BIBLE, MARISA A | W |
| BICKLEY, CHRISTOPHER L | W |
| COBB, REBECCA NICOLE | W |
| COOK, LINDSEY ERIN | W |
| EVANS, ELIZABETH ARIEL | W |
| FARRAR, HOLLY HOPKINS | W |
| FILES, HOLLIE O | W |
| FLEMING, KELLY DIANNE | W |
| GOLEMAN, LARA REANN | W |
| HARRISON, DENISE | W |
| HUTCHINSON, DEBRA REES | B |
| LETLOW, JUDY | W |
| LINDER, CAMILLE | W |
| MCVOY, ELIZABETH KELLY | W |
| MIDDLETON, HAYLEE MURR | W |
| MOORE, TAMMIE Y | W |
| ODOM, CARRIE G | W |
| PARKER, GARY M | W |
| PLEASANT, KEIDRA NEWTO | B |
| RAMBO, SHARON | B |
| RAMSEY, WANDA T | W |
| ROOKARD, BRENDA SPANN | W |
| SCOTT, JAMES GEORGE | B |
| SIMS, JOYCE RENAE | B |

## Pine Grove

| | |
|---|---|
| BAGGETT, JODY A | W |
| BARDELL, JERRIE P | B |
| BETHEA, SHADONNA DETRI | B |
| BLACK, TANYONICKA C | B |
| BRANDON, CRYSTAL LATRI | B |
| BRILEY, CAREY TODD | W |
| BURNS, KATHERINE CHRIS | W |
| BURNSIDE, LESLIE JASPE | B |
| CAMPANALE, BRANDY N | W |
| CARSON, TERI ANN PRITC | W |
| CLAYTON, ROSE M. | W |
| COLEMAN, WENDY CROWDER | B |
| CROMWELL, DORIS ROGERS | B |
| ESTESS, AMBER MARIE | W |
| INGRAM, STEFANIE HOPKI | W |
| IRVINE, AMY | W |
| JONES, AMIE J | W |
| KITCHINGHAM, JACQUELIN | W |
| MARTIN, FARRAR ELIZABE | W |
| MCMILLAN, ANGELA TROYE | W |
| MOORE, KRISTIE C | B |
| PULLIG, EMILY WELKER | W |
| SIMMONS, ERIN CHARLENE | W |
| SMITH, LAURA TANKSLEY | W |
| THOMAS, STEPHANIE WILL | W |
| WALLER, JODY LEE | W |
| WALLER, KAYCE SADLER | W |
| WARD, CARLLA CHEYENE | W |
| WILMORE, JANA MORRISON | W |

## South Side

| Name | |
|------|---|
| ADAMS, SANDRA | B |
| BISHOP, JESSICA TEMPLE | W |
| BLACK, TESSA E | W |
| BRANSON, KEVIN R | W |
| CALDWELL, DARYL LAVERN | B |
| CALHOUN, TAMEKA L | B |
| COURSON, PAULA | W |
| DEE, JERMEICA J | B |
| EARNEST, LAREECE LYNN | W |
| ELDRIDGE, AMANDA MICHE | W |
| EVANS, BRITTNEY HENDRI | W |
| FIELDER, ETHEL CAROLYN | B |
| GILLPATRICK, MELISA LA | W |
| GRANTHAM, ROBIN D | W |
| GREER, HEATHER LANE JO | W |
| GRIFFIN, LACIE MONIQUE | W |
| GRIMES, MINNIE | B |
| HORTON, AMANDA DIANE | W |
| JOHNSON, JAMI A | W |
| KINNEY, PATRICIA J | W |
| KITCHENS, SUSAN J. | W |
| MURPHY, LAKEACHIE MAIK | B |
| ODOM, CAMELLA | B |
| REYNOLDS, ADRIENNE MIC | W |
| RICHARDSON, ALBERTA BE | B |
| ROBINSON, BRANDY ALLIS | W |
| SMITH, DENISE HOWARD | W |
| STOKES, JENNIFER N | W |
| TIPPIT, ALBERT | B |

## Suspension School

| | |
|---|---|
| **BOURGEOIS, JENNIFER LY** | **W** |
| **RICHARDSON, JEANETTE T** | **W** |